UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NORTHLIGHT VILLAS, LLC, et al., | CIVIL ACTION NO. 05-4995 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| UNDERWRITERS AT LLOYDS, LONDON, |  |
| Defendant. |  |

**THE COURT** having ordered the parties to show cause why the complaint should not be dismissed for lack of jurisdiction under 28 U.S.C. § ("Section") 1332 (dkt. entry no. 2); and the plaintiffs, in response, withdrawing the action without prejudice (dkt. entry no. 3); and thus the Court intending to (1) vacate the order to show cause, and (2) dismiss the complaint without prejudice to re-commence the action in state court; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                             s/ Mary L. Cooper
                                             **MARY L. COOPER**
                                             United States District Judge